# IN THE SUPREME COURT OF THE STATE OF NEVADA

TAIWAN ALLEN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 69157

**FILED**

APR 1 4 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a pro se appeal from a district court order denying a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Appellant filed his postconviction petition on September 25, 2013, approximately eight years after issuance of remittitur on direct appeal on May 17, 2005. *Allen v. State*, Docket No. 42847 (Order of Affirmance, April 20, 2005). Therefore, the petition was untimely filed. *See* NRS 34.726(1). Additionally, his petition was successive as he previously sought postconviction relief. *See* NRS 34.810(1)(b)(2). His petition was procedurally barred absent a demonstration of good cause and prejudice. *See* NRS 34.726(1); NRS 34.810(1)(b); NRS 34.810(3). Appellant failed to demonstrate good cause to overcome the procedural bars. Moreover, his claim that trial counsel was ineffective for not advising him of a plea negotiation from the State was raised in his prior

16-11719

petition and rejected by this court on appeal. *See Allen v. State*, Docket No. 51656 (Order of Affirmance, April 9, 2009). For these reasons, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Douglas

_____, J.
Cherry

_____, J.
Gibbons

cc:    Hon. Richard Scotti, District Judge
Taiwan Allen
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk